UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DREW MATEYA, individually, and as a
representative of a Class of Participants and
Beneficiaries of the Cook Group Profit
Sharing Plan,

        Plaintiff,

        v.

COOK GROUP INCORPORATED,

        and

CCOK GROUP PROFIT SHARING
PLAN ADVISORY COMMITTEE

        Defendants

Case No: 1:22-cv-1271-RLY-TAB

## **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff, Drew Mateya, by and through his counsel of record, and hereby moves this Court for Leave to File an Amended Complaint pursuant to Fed. R. Civ. P. 15(a). As grounds therefore, the Plaintiff states as follows:

1. This litigation was commenced by the Plaintiff, Drew Mateya, on June 27, 2022 and set forth claims against the Defendants under the Employee Retirement Income Security Act of 1974 ("ERISA") arising out of the Defendants' maintenance and operation of the Cook Group Profit Sharing Plan (the "Plan"). (ECF No. 1)

1

2. On September 19, 2022, Defendants filed their Motion to Dismiss Plaintiff's Complaint. (ECF No. 17)

3. Defendants' Motion to Dismiss is based, in part, on the recent decision of the Seventh Circuit Court of Appeals in *Albert v. Oshkosh Corporation et al.*, 47 F.3d 570 (7th Cir. 2022), which addresses the pleading standard for a claim for breach of the fiduciary duty of prudence under ERISA.

4. In light of the recent decision in *Albert,* Plaintiff has prepared an Amended Complaint which Plaintiff believes satisfies the 7th Circuit's standard in *Albert.*

5. Counsel for Plaintiff has contacted counsel for the Defendants to determine if the Defendants consent to the filing of the Amended Complaint pursuant to Fed. R. Civ. P. 15(a) and has been advised that Defendants do not consent.

6. Although Plaintiff previously filed a Motion for Leave to File Amended Class Action Complaint on November 15, 2022 (ECF No. 26), Plaintiff filed a Notice of Withdrawal Regarding Plaintiff's Motion for Leave to File Amended Class Action Complaint (ECF No. 30) because Plaintiff has retained new, additional counsel and has determined to further amend his complaint to meet the pleading standard for his claims.

7. A copy of the Amended Complaint is attached hereto as Exhibit A.

WHEREFORE, in light of the above, the Plaintiff respectfully requests this Court to enter its Order granting Plaintiff leave to file his Amended Complaint.

Dated this 12th day of December, 2022          Respectfully submitted,

*s/ Paul M. Secunda*
Paul M. Secunda
WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, WI 53005
Telephone: 414-828-2372
*psecunda@walcheskeluzi.com*

Timothy F. Devereux, #25250-49
Jeffrey S. Gibson, #22362-49
WAGNER REESE, LLP
11939 N. Meridian St., Ste. 100
Carmel, IN 46032
(317) 569-0000
(317) 569-8088 *fax*
*TDevereux@WagnerReese.com*
*JGibson@WagnerReese.com*

Eric S. Pavlack, #21773-49
Colin E. Flora, #29914-49
PAVLACK LAW, LLC
50 E. 91st St., Ste. 305
Indianapolis, IN 46240
(317) 251-1100
(317) 252-0352 *fax*
*Eric@PavlackLawFirm.com*
*Colin@PavlackLawFirm.com*

*Counsel for Plaintiff and Proposed Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 12, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Paul M. Secunda*
Paul M. Secunda

*Attorney for Plaintiff*