UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DREW MATEYA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-01271-RLY-TAB ) |
| COOK GROUP INCORPORATED *et al.*, | ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

In today's Entry, the court dismissed Plaintiff's Complaint with prejudice. In doing so, the court resolved all of the issues present in the case. Accordingly, the court now grants final judgment in favor of Defendants and against Plaintiff. The case is **DISMISSED**.

**IT IS SO ORDERED** this 16th day of June 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Jina M. Dage_
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsels of Record.